IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELISSA MOODY CROSS**                                **PLAINTIFF**

v.                 **CASE NO. 3:20-CV-00025 BSM**

**KATRINA CROSS, et al.**                                **DEFENDANTS**

## ORDER

Melissa Cross's *pro se* complaint [Doc. No. 2] is dismissed *sua sponte* for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). To meet the 12(b)(6) standard, a complaint must allege sufficient facts to entitle the plaintiff to the relief sought. *See Ashcroft v. Iqbal*, 556 U.S. 662, 663 (2009).

Cross's complaint alleges simply "civil rights" and "corruption." The tenet that all allegations in a complaint must be accepted as true does not apply to legal conclusions. *Ashcroft,* 566 U.S. at 663. Accordingly, Cross's complaint is dismissed without prejudice. Her motion to proceed *in forma pauperis* [Doc. No. 1] is denied.

IT IS SO ORDERED this 4th day of February 2020.

                                                       /s/ Brian S. Miller
                                                    UNITED STATES DISTRICT JUDGE