IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELISSA MOODY CROSS**                                          **PLAINTIFF**

v.                **CASE NO. 3:20-CV-00025 BSM**

**KATRINA CROSS, et al.**                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of February 2020.

*[Signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE